

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00602-CV

Christopher John **LOCASCIO**, Matthew Locascio, Remy John Locascio, and Sara Locascio,
Appellants

v.

Manuel **ZAMORA**, Jr., Amelia Zamora, and James W. Volberding, Receiver for Charles
Locascio,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19983
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, "Receiver's Agreed Motion to Dismiss and to Vacate Judgment" is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED March 11, 2020.

_____
Rebeca C. Martinez, Justice